GREGORY S. SILVER (SBN 106309)
EVANS & SILVER
5826 EAST NAPLES PLAZA
LONG BEACH, CA 90803
TELEPHONE:        (562) 439-9001
FACSIMILE:          (562) 439-9002

ATTORNEYS FOR PLAINTIFF, DALE N. STRIETER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| DALE N. STRIETER<br><br>PLAINTIFF<br><br>vs.<br><br>PATRIOT ENVIRONMENTAL SERVICES, INC.; SUSAN SAN MARTIN, an individual and DOES 1 through 10, inclusive,<br><br>DEFENDANTS | Case No.: 8:21-cv-02111-JLS-DFM<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P.41(a)(1) |

Plaintiff Dale N. Strieter, pursuant to Fed.R.Civ.P. 41(a)(1), hereby voluntarily dismisses the above-identified civil action without prejudice pursuant to the terms of a Settlement Agreement between the parties dated March 21, 2022.

DATED: March 21, 2022

EVANS & SILVER

Respectfully submitted:

By _____
Gregory S. Silver
Attorneys for Dale N. Strieter

1

NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

I, LORRAINE MONTANO, I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 5826 East Naples Plaza, Long Beach, CA 90803.

On March 21, 2022 I served the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P.41(a)(1) by placing a true copy thereof enclosed in a sealed envelope, as follows:

Melissa D. Hill, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

( X )   **(BY MAIL):**  I caused such envelopes to be deposited in the mail at Long Beach, California or placed for collection and mailing on the date and at the place shown above following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing affidavit. The envelopes were mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 21, 2022, at Long Beach, California.

_____
LORRAINE MONTANO